

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/ K. Botkin
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH FACEBOOK USER IDENTIFICATION NUMBER "100009640991715" THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | **SEALED**<br><br>Case No. 5:17mj12 |

## MOTION TO SEAL

The United States of America requests that the Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit, the Inventory Return, this Motion to Seal, and Order to Seal remain under seal of this Court for the following reasons:

1. The government states that the disclosure of the above-listed documents would seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or endanger the life or physical safety of an individual.

2. Given the nature of this investigation and the number of potential targets and/or victims involved, the government expects that it will take several months to conclude the investigation.

2. The government requests that the above-listed documents remain under seal for 120 days or until further order of this Court.

1

For the reasons set for above, the government respectfully moves this Honorable Court to seal the above-listed documents for 120 days or until further order of this Court.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney


/s/ Erin M. Kulpa
Erin M. Kulpa
Assistant United States Attorney
VSB No. 71168

United States Attorney's Office
116 North Main Street
Harrisonburg, VA 22802
TEL (540) 432-6636
erin.kulpa@usdoj.gov

2